ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| CS & Poe Corporation | ) ASBCA No. 64186 |
| | ) |
| Under Contract No. W91243-25-P-A006 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Norm Shaver
    Director of Operations

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
    Army Chief Trial Attorney
    MAJ Joshua A. Reyes, JA
    Trial Attorney

## ORDER OF DISMISSAL

The government filed a motion to dismiss for lack of jurisdiction and failure to state a claim upon which relief can be granted on July 23, 2025. By email correspondence on September 29, 2025, appellant's named representative responded stating: "CS & Poe Corporation does not oppose the [g]overnment's motion to dismiss CS & Poe's appeal (ASBCA No. 64186)." Accordingly, the government's motion to dismiss is granted and this appeal is dismissed with prejudice.

Dated: October 2, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I <u>concur</u>

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I <u>concur</u>

ARTHUR M. TAYLOR
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64186, Appeal of CS & Poe Corporation, rendered in conformance with the Board's Charter.

Dated:  October 2, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2